Charles H. Chamberlain, Respondent, v. Chamberlain, Care & Boyce,

INC., Appellant.— Judgment affirmed, with costs. All concur. Present —
Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.